**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Proposed Attorneys for C. Wonder LLC, *et al.,*
Debtors-in-Possession

|  |  |
|---|---|
| In re:<br><br>C. WONDER LLC, *et al.*,[1]<br><br>Debtors-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>CASE NO. 15-<br><br>Chapter 11<br>(Joint Administration Pending)<br><br>**NOTICE OF MOTION FOR AN ORDER APPROVING THE DEBTORS' RETENTION OF PRIME CLERK LLC AS CLAIMS AND NOTICING AGENT PURSUANT TO 28 U.S.C. § 156(c)**<br><br>**HEARING DATE AND TIME:**<br>January ____, 2015, at __:__ a.m.<br><br>**ORAL ARGUMENT REQUESTED** |

TO:   All Parties-in-Interest

PLEASE TAKE NOTICE that pursuant to an Order Regarding Application for Expedited Consideration of First Day Matters served herewith, on the __ day of _____, 2015, at _____ __.m., or as soon thereafter as counsel may be heard, the undersigned, proposed counsel for C. Wonder LLC, *et al.*, the within debtors and debtors-in-possession (the "**Debtors**"), shall

---

[1] The Debtors in these Chapter 11 cases are C. Wonder LLC; C. Wonder Gift Cards Inc.; C. Wonder Transport LLC; CW Holland LLC and CW International Holdings LLC.

move before the assigned United States Bankruptcy Judge, at the United States Bankruptcy Court, Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, New Jersey 08608, for entry of an Order authorizing the Debtors to employ and retain Prime Clerk LLC as the official claims and noticing agent in the Debtors' Chapter 11 cases pursuant to 28 U.S.C. § 156(c) (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the "First Day" Declaration of Stephen Marotta and the accompanying Application which sets forth the relevant factual and legal bases upon which the relief requested should be granted. A proposed Order granting the relief requested in the Motion also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall be presented in accordance with the Order Regarding Application for Expedited Consideration of First Day Matters.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Proposed Attorneys for C. Wonder LLC, *et al.*,
Debtors-in-Possession

By:   */s/ Michael D. Sirota*
    Michael D. Sirota, Esq.
    Warren A. Usatine, Esq.
    Felice R. Yudkin, Esq.

DATED: January 22, 2015