# EXHIBIT A

## C. WONDER LLC, *et al.*

### REJECTED LEASES

| | **Property** | **Property Location** | **Landlord** | **Noticing Party** |
|---|---|---|---|---|
| 1. | Southampton | 5 Main Street<br>Southhampton, NY 11968 | Southhampton Main St Realty Co, LLC<br>c/o Morley Property Management<br>32 Hampton Rd.<br>Southampton, NY 11968 | |
| 2. | Fashion Island | 347 Newport Dr.<br>#347<br>Newport Beach, CA 92660 | The Irvine Company LLC<br>Attn: GC, Retail Properties<br>100 Innovation<br>Irvine, CA 92617 | The Irvine Company LLC<br>401 Newport Center Drive<br>Suite A-150<br>Newport Beach, CA 92660 |
| 3. | King Street | 285 King Street<br>Charleston, SC 29401 | 285 King Street Company, LLC<br>c/o CB Richard Ellis Carmody, LLC<br>P.O. Box 310<br>Charleston, SC 29402 | |
| 4. | East Hampton | 48 Main Street<br>East Hampton, NY 11937 | ET 48 Main Street LLC and<br>Eli Tahari<br>c/o Elie Tahari Ltd<br>11 West 42nd St., 14th Floor<br>New York, NY 11036 | ET 48 Main Street LLC and<br>Eli Tahari<br>c/o Golenbock Eiseman Assor Belle & Peskoe<br>Attn: Lawrence R. Haut<br>437 Madison Avenue<br>New York, NY 10022 |

53628/0001-11343030v3

|  | Property | Property Location | Landlord | Noticing Party |
|---|---|---|---|---|
| 5. | Avalon Shopping Center | 5130 Avalon Blvd.<br>Alpharetta, GA 30009 | AvalonNorth LLC<br>c/o North American Properties<br>26419 19th Street<br>Suite 2200<br>Atlanta, GA 30363 | AvalonNorth LLC<br>c/o Hartman Simons & Wood LLP<br>Attn: Peter M. Hartman, Esq.<br>6400 Powers Ferry Road, N.W.<br>Suite 400<br>Atlanta, GA 30339<br><br>AvalonNorth LLC<br>c/o Sarofirm Realty Advisors<br>8115 Preston Road<br>Suite 400<br>Dallas, TX 75225 |
| 6. | Atlanta Outlet Shoppes, LLC | 915 Ridgewalk Parkway<br>H-870<br>Woodstock, GA 30188-4896 | Atlanta Outlet Shoppes, LLC<br>c/o Horizon Group Properties<br>5000 Hakes Dr.<br>Suite 500<br>Muskegon, MI 49442 | Atlanta Outlet Shoppes, LLC<br>c/o CBL & Associates<br>Management, Inc.<br>CLB Center, Suite 500<br>2030 Hamilton Place Boulevard<br>Chattangooga TN 37421 |
| 7. | Fashion Centre at Pentagon City | 1100 S. Hayes St.<br>#G078<br>Arlington, VA 22202 | Fashion Centre Mall, LLC<br>c/o MS Management Associates<br>225 West Washington St.<br>Indianapolis, IN 46204-3438 |  |

2

53628/0001-11343030v3

|     | **Property** | **Property Location** | **Landlord** | **Noticing Party** |
| --- | --- | --- | --- | --- |
| 8.  | Fashion Mall at Keystone | 8702 Keystone Crossing #25B Indianapolis, IN 46240 | SDG Fashion Mall Limited Partnership c/o MS Management Associates 225 West Washington St. Indianapolis, IN 46204-3438 | |
| 9.  | Fashion Valley Mall | 7007 Friars Rd. #325A San Diego, CA 92108 | Fashion Valley Mall, LLC c/o MS Management Associates 225 West Washington St. Indianapolis, IN 46204-3438 | |
| 10. | King of Prussia Mall | 160 N. Gulph Rd. #1308 King of Prussia, PA 19406 | King of Prussia Associates c/o MS Management Associates Kravco Simon Co. 225 West Washington St. Indianapolis, IN 46204-3438 | |
| 11. | Lenox Square | 3393 Peachtree Road NE #3099 Atlanta, GA 303326 | The Retail Property Trust c/o MS Management Associates 225 West Washington St. Indianapolis, IN 46204-3438 | |
| 12. | Philadelphia Premium Outlets | 18 West Lightcap Rd. #1171 Limerick, PA 19464 | Chelsea Limerick Holdings, LLC c/o Simon Group 105 Eisenhower Parkway, 1st Floor Roseland, NJ 07068 | |

3

53628/0001-11343030v3

| | Property | Property Location | Landlord | Noticing Party |
|---|---|---|---|---|
| 13. | Roosevelt Field | 630 Old Country Road Space 2084B Garden City, NY 11530 | The Retail Property Trust c/o MS Management Associates 225 West Washington St. Indianapolis, IN 46204-3438 | |
| 14. | Santana Row | 334 Santana Row #1040 San Jose, CA 95128 | FRIT San Jose Town and Country Village c/o Federal Realty Investment Trust 1626 East Jefferson St. Rockville, MD 20852 | |
| 15. | The Westchester | 125 Westchester Ave. #1050 White Plains, NY 10601 | Westchester Mall, LLC c/o MS Management Associates 225 West Washington St. Indianapolis, IN 46204 | |
| 16. | Walt Whitman Shops | 160 Walt Whitman Rd. #1009A Huntington, NY 11746 | Walt Whitman Mall, LLC c/o MS Management Associates 225 West Washington St. Indianapolis, IN 46204 | |
| 17. | The Village at Corte Madera | 1530 Redwood Highway #C021 Corte Madera, CA 94925 | Corte Madera Village, LLC c/o Macerich Co. 1618 Redwood Highway Corte Madera, CA 94925 | Corte Madera Village, LLC c/o Macerich, Legal Department P.O. Box 2172 401 Wilshire Boulevard #700 Santa Monica, CA 90407 |

53628/0001-11343030v3

| | Property | Property Location | Landlord | Noticing Party |
|---|---|---|---|---|
| 18. | Tysons Corner Center | 1961 Chain Bridge Rd. #D3U McLean, VA 22102 | Tysons Corner Holdings, LLC c/o Macerich Co. Attn: Center Manager 1961 Chain Bridge Rd., #105 McLean, VA 22102 | Tysons Corner Holdings, LLC c/o Macerich, Legal Department P.O. Box 2172 401 Wilshire Boulevard, #700 Santa Monica, CA 90407 |
| 19. | Easton Town Center | 4064 The Strand East #514 Columbus, OH 43219 | Easton Town Center II, LLC c/o Steiner & Associates 4016 Townsfair Way, Suite 201 Columbia, OH 43219 | |
| 20. | Garden State Plaza | 1 Garden State Plaza Store 1136 Paramus, NJ 07652 | Westland Garden State Plaza Limited Partnership 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | Westland Garden State Plaza Limited Partnership 2049 Century Park East, 41st Floor Century City, CA 90067 |
| 21. | The Summit | 214 Summit Blvd. #400 Birmingham, AL 35243 | Bayer Retail Properties IV, LLC c/o Bayer Properties 2222 Arlington Avenue Birmingham, AL 35205 | |

53628/0001-11343030v3