**COLE SCHOTZ P.C.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
Waren A. Usatine, Esq.
Felice R. Yudkin, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Proposed Attorneys for C. Wonder LLC, et al.,
Debtors-in-Possession

|  |  |
|---|---|
| In re:<br><br>C. WONDER LLC, et al.,[1]<br><br>Debtors-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE MICHAEL B. KAPLAN<br>CASES NO. 15-11127<br><br>Chapter 11<br>(Joint Administration Pending)<br><br>**DECLARATION OF STEPHEN MAROTTA IN SUPPORT OF DEBTORS' "FIRST DAY MOTIONS"** |

I, STEPHEN MAROTTA, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. On January 22, 2015 (the "**Filing Date**"), C. Wonder LLC, et al, (the "**Debtors**") filed voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code. On the Filing Date, I submitted a Declaration in support of the Debtors' "First Day Motions."

2. After filing that Declaration, I became aware that the capital structure identified in the chart in Paragraph 6 was incorrect. As of the Filing Date, C. Wonder's members are as follows:

---

[1] The Debtors in these Chapter 11 cases are C. Wonder LLC; C. Wonder Gift Cards Inc.; C. Wonder Transport LLC; CW Holland LLC and CW International Holdings LLC.

53628/0001-11451571v1

| Member | Number and Class of Units Held | Percentage Interest |
|---|---|---|
| J. Christopher Burch | 8,000,000 Class A Units | 70.66% |
| PRTN CW Holdings, LLC | 619,047 Class A-1 Units | 5.47% |
| GROWTHCO CW Holdings, LLC | 619,048 Class A-1 Units | 5.47% |
| JCBI II LLC | 984,128 Class A-2 Units | 8.69% |
| Access Industries Holdings LLC | 158,730 Class A-2 Units | 1.40% |
| Profits Interest Group | 940,373 Class B Units | 8.31% |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2015

*[signature]*

STEPHEN MAROTTA

2

53628/0001-11451571v1