UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq. (MH 9031)
Jeffrey M. Sponder, Esq. (JS 5127)
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| C. Wonder, LLC, *et al.*,[1] | : | Case No. 15-11127 (MBK) |
|  | : | *Jointly Administered* |
|  | : |  |
| Debtors. | : |  |
|  | : | The Honorable Michael B. Kaplan |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On January 30, 2015, pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

**Simon Property Group, Inc.**
**and its affiliated entities**
225 W. Washington Street
Indianapolis, IN 46204
Tel.: (317) 636-1600
Fax: (317) 263-7901
Attn: Catherine Martin, Esq.
*(Co-Chairperson)*

**Fisher Design, LLC**
777 W. Putnam Avenue
Greenwich, CT 06880
Tel.: (203) 302-2885
Fax: (203) 302-2985
Attn: Matthew Burris, CFO
*(Co-Chairperson)*

**Popular Talent Co., Ltd.**
Room 1702, Sino Centre
5582-592 Nathan Road
Mongkok, Kowloon, Hong Kong
Tel.: (0769) 82311399
Fax: (0769) 82313192
Attn: Tera Lin

**KRG Enterprises, Inc.**
9901 Blue Grass Road
Philadelphia, PA 19114
Tel.: (215) 708-2811, Ext. 207
Fax: (215) 335-2448
Attn: Robert Oulahan, CFO

**Al Tayer Trends, LLC**
P.O. Box 2623
Dubai, United Arab Emirates
Tel.: + 971 4 201 1775
Fax: + 971 4 282 4559
Attn: Timothy Frost, Esq.

---

[1] The Debtors in these jointly administered cases are: C. Wonder, LLC (15-11127 (MBK); C. Wonder Transport, LLC (15-11129 (MBK); C. Wonder Gift Cards, Inc. (15-11130 (MBK); CW Holland, LLC (15-11131 (MBK); CW International Holdings, LLC (15-11132 (MBK)

**Page 2**
**C. Wonder, LLC,** *et al*.
**Appointment Of Official**
**Committee Of Unsecured Creditors**


Counsel for Committee

John S. Mairo, Esquire
Porzio, Bromberg & Newman, PC
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Tel: 973-538-4006
Fax: 973-538-5146

           ANDREW R. VARA
           ACTING UNITED STATES TRUSTEE
           Region 3


           By: */s/ Martha R. Hildebrandt*
             Martha R. Hildebrandt
             Assistant United States Trustee

             Jeffrey M. Sponder
             Trial Attorney


Date: January 30, 2015